FILED'08 JUL 16 12:30 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Case No. 06-79-KI |
| | ) | |
| vs. | ) | OPINION AND ORDER |
| | ) | |
| DANIEL DEVON HARDEN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Karin J. Immergut
United States Attorney
District of Oregon
Thomas H. Edmonds
Amy E. Potter
Assistant United States Attorneys
1000 S. W. Third Avenue, Suite 600
Portland, Oregon  97204

    Attorneys for Plaintiff

Page 1 - OPINION AND ORDER

John S. Ransom
Ransom Blackman LLP
1001 S. W. Fifth Avenue, Suite 1400
Portland, Oregon 97204-1144

  Attorney for Defendant

KING, Judge:

  Defendant Daniel Devon Harden is charged in a single-count indictment under 18 U.S.C. § 922(g)(1) with possessing a firearm after being previously convicted of a felony. Harden moves to dismiss his indictment based on District of Columbia v. Heller, __ U.S. __, 128 S. Ct. 2783 (2008), in which the Court held that the Second Amendment "guarantee[s] the individual right to possess and carry weapons in case of confrontation." Id. at 2797. Harden argues he has a Second Amendment right to possess a firearm for self-defense, even though he is a felon.

  The Court also cautioned, however:

> Like most rights, the Second Amendment right is not unlimited. It is not a right to keep and carry any weapon whatsoever in any manner whatsoever and for whatever purpose: For example, concealed weapons prohibitions have been upheld under the Amendment or state analogues. The Court's opinion should not be taken to cast doubt on longstanding prohibitions on the possession of firearms by felons and the mentally ill, or laws forbidding the carrying of firearms in sensitive places such as schools and government buildings, or laws imposing conditions and qualifications on the commercial sale of arms.

Id. at 2786. Harden's argument goes well beyond the holding in Heller. I decline to extend the case to that extent.

///

///

Defendant Harden's Motion to Dismiss (#78) is denied.

IT IS SO ORDERED.

Dated this ___16___ day of July, 2008.

                                        Garr M. King
                                        United States District Judge